IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AMERICAN GEAR COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>JCP IGNITE, et al,<br><br>Defendants. | ORDER TO SHOW CAUSE<br><br><br><br>Case No. 2:13cv394 DB |

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of a summons and complaint must be completed within 120 days after the filing of the complaint. See Fed. R. Civ. P. 4(m). Plaintiffs' complaint in this case was filed on September 28, 2010. (Dkt. No. 1.) As of the date of this order, more than 120 days have passed since the filing of the complaint, and Plaintiff has not provided the court with the requisite proof of service to demonstrate that the summons and complaint have been served on the defendants. See Fed. R. Civ. P. 4(*l*), (m).

Accordingly, Plaintiffs are hereby ordered to show cause why this case should not be dismissed. Fed. R. Civ. P. 4(m). Plaintiffs are directed to respond in writing within fifteen (15) days from the date of this order and inform the court of the status of the case and his intentions to proceed. Failure to do so will result in the dismissal of this case.

IT IS SO ORDERED.

DATED this 30th day of September, 2014.

_____
Dee Benson
United States District Judge